AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
WILLIAM WRIGHT WATSON

Case: 1:21-mj-00097
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/17/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **WILLIAM WRIGHT WATSON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC 231(a)(3) Civil Disorders
18 USC 1752(a), (b)(1)(A) Restricted Building or Grounds with a Deadly or Dangerous Weapon 40 USC 5104(e)(2) Violent Entry or Disorderly Conduct

Date: 01/17/2021

2021.01.17
16:55:05
-05'00'

*Issuing officer's signature*

City and state: Washington D.C.

_Zia M. Faruqui, U.S. Magistrate Judge_
*Printed name and title*

### Return

This warrant was received on *(date)* 1/17/2021, and the person was arrested on *(date)* 5/4/2021
at *(city and state)* Lee County, AL.

Date: 5/4/2021

*Arresting officer's signature*

SA Matthew D. Minshew
*Printed name and title*