UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-513 (RBW) |
| WILLIAM WATSON, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on October 12, 2021, via videoconference, it is hereby

**ORDERED** that, on December 7, 2021, at 9:30 a.m., the parties shall appear before the Court for a status hearing, via videoconference. It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from September 7, 2021, to December 7, 2021, is excluded under the Speedy Trial Act, in light of the facts that (1) the government requires additional time to produce discovery to the defendant, and (2) the defendant and his counsel require time to review that discovery.

**SO ORDERED** this 12th day of October, 2021.

REGGIE B. WALTON
United States District Court Judge