## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 21-513 (RBW) |
| | ) | |
| WILLIAM WATSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on December 7, 2021, via teleconference, it is hereby

**ORDERED** that, on February 23, 2022, at 10:30 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of both the defendant and the government, the time from December 7, 2021, to February 23, 2022, is excluded under the Speedy Trial Act, in light of the facts that (1) the government requires additional time to produce discovery to the defendant, and (2) the defendant and his counsel require time to review that discovery.

**SO ORDERED** this 7th day of December, 2021.

_____
REGGIE B. WALTON
United States District Court Judge