### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CR. NO. 1:21-cr-513-RBW** |
| ) | |
| **WILLIAM WRIGHT WATSON** ) | |

### DEFENDANT'S NOTICE TO COURT RE: SPEEEDY TRIAL

**COMES NOW** the Defendant, **WILLIAM WRIGHT WATSON,** by and through undersigned counsel, and submits this notice to the Court in response to this Court's Order (Doc. 23). Mr. Watson has conferred with undersigned counsel regarding his right to a speedy trial. Mr. Watson expressly waives his right to a speedy trial from February 23, 2022 to May 24, 2022.

Dated this 8th day of March 2022.

Respectfully submitted,

s/ Cecilia Vaca
**CECILIA VACA**
Bar No.: LA27157
Bar No.: AZ025907
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Cecilia_Vaca@fd.org

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CR. NO. 1:21-cr-513-RBW |
| | ) |
| **WILLIAM WRIGHT WATSON** | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Cecilia Vaca**
**CECILIA VACA**
Bar No.: LA27157
Bar No.: AZ025907
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Cecilia_Vaca@fd.org