UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 21-513 (RBW) |
| | ) |
| WILLIAM WATSON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the United States' Unopposed Motion to Extend Pretrial Deadlines, ECF No. 36, and for good cause shown, it is hereby

**ORDERED** that the United States' Unopposed Motion to Extend Pretrial Deadlines, ECF No. 36, is **GRANTED**. It is further

**ORDERED** that the Court's July 26, 2022 Pretrial Scheduling Order, ECF No. 34, is **MODIFIED** as follows:

- The parties shall file their (1) motions in limine, if any, on or before September 21, 2022; and (2) their oppositions to any such motions on or before October 3, 2022.

- The government shall provide the defendant with notice of any evidence of other crimes it intends to use during the trial of this case pursuant to Federal Rule of Evidence 404(b) or evidence of prior convictions it intends to use for impeachment purposes, if the defendant decides to testify, on or before September 21, 2022. Any motions objecting to such notices shall be filed on or before October 3, 2022, and any oppositions to such motions shall be filed on or before October 11, 2022.

- The parties shall meet and confer as soon as possible and thereafter submit their joint proposed voir dire questions, jury instructions, and verdict forms on or before October 3,

2022.  If agreement cannot be reached on any matters relevant to the voir dire questions, jury instructions, or verdict forms, the parties shall provide separate submissions as to only those matters on which the parties cannot agree.

It is further

**ORDERED** that the Court's July 26, 2022 Pretrial Scheduling Order, ECF No. 34, otherwise remains in effect.

**SO ORDERED** this 12th day of September, 2022.

_____
REGGIE B. WALTON
United States District Judge