UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>WILLIAM WATSON,   )<br>)<br>Defendant.   )<br>) | Criminal Action No. 21-513 (RBW) |

### ORDER

Upon consideration of the United States' Unopposed Motion to Adjourn Pretrial Deadlines, ECF No. 39, and for good cause shown, it is hereby

**ORDERED** that the United States' Unopposed Motion to Adjourn Pretrial Deadlines, ECF No. 39, is **GRANTED**. It is further

**ORDERED** that the deadlines set forth in the Court's July 26, 2022 Pretrial Scheduling Order, ECF No. 34, and September 12, 2022 Modified Pretrial Scheduling Order, ECF No. 37, are **VACATED**. It is further

**ORDERED** that the pretrial conference currently scheduled for October 20, 2022, is **VACATED**. It is further

**ORDERED** that the jury trial currently scheduled for November 14, 2022, is **VACATED**. It is further

**ORDERED** that, on October 27, 2022, at 10:00 a.m., the parties shall appear before the Court for a motion hearing, via videoconference, regarding Mr. Watson's Motion to Dismiss Obstruction Charge, ECF No. 38.

**SO ORDERED** this 26th day of September, 2022.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge