UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal Action No. 21-513 (RBW) |
| WILLIAM WATSON, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the motion hearing held on October 27, 2022, via videoconference, it is hereby

**ORDERED** that the defendant's Motion to Dismiss Obstruction Charge, ECF No. 38, is **DENIED**.  It is further

**ORDERED** that, on November 18, 2022 at 11:30 a.m., the parties shall appear for a stipulated trial before the Court in Courtroom 16 on the 6th floor at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  It is further

**ORDERED** that, on or before November 16, 2022, the parties shall submit a stipulated Statement of Facts.  It is further

**ORDERED** that, with the consent of the defendant and the government, the time from October 27, 2022, until the stipulated trial scheduled for November 18, 2022, is excluded under the Speedy Trial Act, in the interests of justice due to the parties' desire to have this matter resolved by a stipulated trial.

**SO ORDERED** this 27th day of October, 2022.

                                                  REGGIE B. WALTON
                                                  United States District Judge