**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   **CR. NO. 1:21-cr-00513-RBW** |
| | ) |
| **WILLIAM WRIGHT WATSON** | ) |

**MOTION TO COURT TO ISSUE ORDER TO THE UNITED STATES MARSHAL
SERVICE TO PROVIDE TRANSPORTATION, LODGING AND PER DIEM
ALLOWANCE FOR MR. WATSON**

**COMES NOW** the Defendant, **WILLIAM WRIGHT WATSON,** by and through undersigned counsel, and moves this Court to issue an order requiring the United States marshal service to provide the necessary transportation, lodging and per diem to appear before the Court for his Stipulated Bench Trial.   In support of this motion, the Defendant asserts the following.

1. On October 27, 2022, this Court issued an order (Doc. 42) setting a date for a stipulated trial on November 18, 2022.

2. Mr. Watson, the defendant, was appointed counsel due to his indigent status on May 10, 2021.

3. On October 22, 2022, Mr. Watson left his employment as a line cook at Central restaurant in Montgomery because his transportation was unreliable, and the cost of the commute from Auburn, Alabama was high.  Mr. Watson is expected to begin new employment as a line cook at a restaurant in Auburn, closer to his home, soon—hopefully next week.

4. Prior to resigning his job at Central to obtain employment closer to home, his paychecks were scarcely covering his living expenses.

5. Mr. Watson contacted undersigned counsel to inform that he is unable to afford

transportation to Washington D.C. for his hearing.   Upon information and belief, as of today, Mr. Watson has around $79.64 in his bank account, and he does not expect to receive more funds until after he has started his new job and receives a paycheck.

6. Therefore, pursuant to 18 U.S.C. § 4285, Mr. Watson asks this Court to issue an order to the United States Marshal to furnish Mr. Watson with the necessary transportation, lodging (if necessary) and an amount of money for subsistence to Washington D.C. for his stipulated trial.

Dated this 4th day of November 2022.

    Respectfully submitted,

    **s/ Cecilia Vaca**
    **CECILIA VACA**
    Bar No.: LA27157
    Bar No.: AZ025907
    Federal Defenders
    Middle District of Alabama
    817 South Court Street
    Montgomery, AL 36104
    TEL:   (334) 834-2099
    FAX:   (334) 834-0353
    E-Mail: Cecilia_Vaca@fd.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  CR. NO. 1:21-cr-00513-RBW |
| | ) |
| **WILLIAM WRIGHT WATSON** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Cecilia Vaca**
**CECILIA VACA**
Bar No.: LA27157
Bar No.: AZ025907
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Cecilia_Vaca@fd.org