**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**



FILED
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-513 (RBW) |
| ) | |
| WILLIAM WATSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In consideration of the defendant's Motion to Court to Issue Order to the United States Marshal Service to Provide Transportation, Lodging and Per Diem Allowance for Mr. Watson, ECF No. 44, it is hereby

**ORDERED** that the defendant's Motion to Court to Issue Order to the United States Marshal Service to Provide Transportation, Lodging and Per Diem Allowance for Mr. Watson, ECF No. 44, is **DENIED AS MOOT**.

**SO ORDERED** this 22nd day of November, 2022.

REGGIE B. WALTON
United States District Judge