UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : Case No.: 21-CR-513 (RBW) |
| WILLIAM WATSON, | : |
| Defendant. | : |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Jennifer Rozzoni, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY:  /s/  Jennifer M. Rozzoni
JENNIFER M. ROZZONI
Assistant United States Attorney
District of New Mexico
(Detailed to the District of Columbia)
DC Bar. No. 14703
201 3rd Street, Suite 900
Washington, D.C. 20530
Albuquerque, NM 87102
(505) 350-6818

## CERTIFICATE OF SERVICE

On this 6th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

BY:  /s/
JENNIFER ROZZONI
Assistant United States Attorney