IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:21-cr-00513-RBW |
| | ) | |
| WILLIAM WRIGHT WATSON | ) | |

## MOTION FOR DOWNWARD VARIANCE

COMES NOW **WILLIAM WRIGHT WATSON,** by and through undersigned counsel, Cecilia Vaca, and for the reasons set forth in Mr. Watson's Sentencing Memorandum, requests that the Court vary downward from the applicable guideline range and impose a sentence below the advisory guideline range.

Dated this 7th day of March 2023.

                                                Respectfully submitted,

                                                **s/ Cecilia Vaca**
                                                **CECILIA VACA**
                                                Bar No.: LA27157
                                                Bar No.: AZ025907
                                                Federal Defenders
                                                Middle District of Alabama
                                                817 South Court Street
                                                Montgomery, AL 36104
                                                TEL:   (334) 834-2099
                                                FAX:   (334) 834-0353
                                                E-Mail: Cecilia_Vaca@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:21-cr-00513-RBW |
| ) | |
| WILLIAM WRIGHT WATSON ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Cecilia Vaca**
**CECILIA VACA**
Bar No.: LA27157
Bar No.: AZ025907
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Cecilia_Vaca@fd.org

2